## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 20-mj-4054-RJD |
| ) | |
| ) | |
| EVAN JAY CARRIER ) | |
| ) | |
| Defendant. ) | |

### CRIMINAL COMPLAINT

I, Brian Wainscott, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1
### (Attempted Enticement of a Minor)

From on or about June 29, 2020, until on or about July 6, 2020, the defendant,

### EVAN JAY CARRIER,

in Williamson and Saline Counties, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in prostitution and in sexual activity under such circumstances as would constitute a criminal act under 720 ILCS 5/11-1.60(d) (Aggravated Criminal Sexual Abuse), in violation of 18 United States Code, Section 2422(b).

I further state that this complaint is based on the following facts:

## INTRODUCTION

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since 2016. I am currently assigned to the Springfield, Illinois, Division of the FBI where, for the past approximate 5 months, I have been assigned to work investigations related to violent crimes against children. Prior to this assignment, I was assigned to the Las Vegas Division of the FBI for approximately 3 years where I conducted gang and narcotics investigations. Prior to joining the FBI, I was a police officer in the Village of Mundelein, Illinois for 14 years. I have received law enforcement training from the FBI Academy at Quantico, Virginia. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate Child Exploitation offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the possession, collection, production, receipt, and/or transportation of images of child pornography and the solicitation and extortion of children to produce sexually explicit images of themselves. I have also investigated and assisted in the investigation of matters involving individuals using facilities of interstate commerce to knowingly persuade, induce, and entice minors to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

2.  I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several complaints and search warrants and I have conducted interviews of defendants and witnesses. I also have served as an undercover agent in online child pornography cases. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and

arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that EVAN JAY CARRIER committed violations of Title 18, United States Code, Section 2422(b).

## STATUTORY AND LEGAL AUTHORITY

4. This investigation concerns violations of Title 18, United States Code, Section 2422(b), relating to the enticement or the attempted enticement of minors to engage in prostitution or any sexual activity for which any person can be charged. Based upon my training and experience, as well as conversations with other experienced law enforcement officers and experienced federal prosecutors, I know the following:

    a. 18 U.S.C. 2422(b) prohibits using any facility or means of interstate commerce to knowingly persuade, induce, entice or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

    b. The internet is a facility of interstate commerce.

## BACKGROUND OF INVESTIGATION AND
## FACTS ESTABLISHING PROBABLE CAUSE

5. On approximately June 9, 2020, an FBI Undercover Employee ("UCE") was conducting an undercover investigation on an online service hosting discussion forums and advertisements, among other things. The UCE posted an advertisement referencing incest and taboo.

3

6.      On June 29, 2020, an individual who was later identified as EVAN JAY CARRIER (hereinafter referred to as "SUBJECT") initiated a conversation with the UCE via email. The SUBJECT's email profile displayed the name "Shy Guy." The SUBJECT initiated contact with the UCE by saying "What sort of in(est and such you into?" The UCE responded via email by saying "no limit family fun, u?" The SUBJECT and the UCE continued the following email conversation:

Carrier: I'm more into the gay side of it with father/son, brothers, etc. Haven't really had any experience with it but fun to think about. Especially the younger side of it.

UCE: I luv young, what excites you about it?

Carrier: Not sure exactly, but love a nice smooth cute body, would love to have one to play with but haven't had a chance

UCE: Mmmmmmm, what if you did?

Carrier: I wouldn't waste the opportunity!

UCE: Opportunities are rare. Explain in case you had one.

Carrier: Oh, well I guess I'd want to hold him and cuddle with him naked, suck his cock, have him suck mine as far as he can go, rim his ass, fuck him if he's willing to.

UCE: What would you do if you had the chance?

Carrier: What would you do if you had the chance?

UCE: Sounds like something I would do. What ages u like?

Carrier: Prefer around 10-12 but open to more, just not younger than like 5

UCE: You interested?

Carrier: In what exactly?

UCE: Being with young? I have a active one.

4

Carrier: Oh I didn't realize you had someone available. Yeah, I'm interested

UCE: She's my princess.

Carrier: Oh, well that kinda sucks because I'm only interested in boys…..

UCE: My friend has active boy. We watch her and him play. Hes a bi boy but 8 if that matters

Carrier: Not at all, he would be just fine. I'd really only want to have him around.

UCE: I know he will want money for that and a guarantee that your clean and will be safe

Carrier: Oh, I don't mean alone with just him, sorry… I meant just not with the girl

UCE: Yeah that should be fine. I can talk to him. Want me to give him your email?

Carrier: Yeah that's fine. Do you happen to have any pg pics of them? Shyguy77@mail.com

The UCE transitioned from this automated online response email and directly emailed shyguy77@mail.com. The conversation continued and contained the following:

UCE: I was told by a mutual friend that you wanted to talk

Carrier: Hey, yeah he told me that you had someone that I might like to meet

UCE: I might, what are you looking for?

Carrier: Well he said you had a guy around 8 which is right around what I'm looking for

UCE: I might how do I know ur not the law and whats in it for me?

Carrier: That's understandable and I'm not really sure how to verify that but I'm open to ideas. I don't know that I have a lot to give as I only work a decent job so I don't have a lot of cash or nothing.. I'd like to work something out.

UCE: I'm all ears what do you have in mind?

Carrier: I don't really know what's suitable for this as I haven't had the chance to do this before. For one I'm open to it being the 3 of us together

UCE: I'd be ther to make sure everyone is getting along but I don't want to join. I might have my friends 10 yo if your ok with that. Just curious what do you want to do with him. Hes well practiced and enjoys most.

Carrier: Ok I gotcha. I'd be open to whatever he likes to do, kissing, oral, anal, rimming, etc.

UCE: He has done all is there something you prefer. Id like to make sure he agrees before meeting

Carrier: I'd love to be able to fuck him but not a deal breaker if he'd rather just don't other stuff.

UCE: How big are you. He likes take a cock just need lube and take your time.

Carrier: I'm about 7.5" and a bit thick. I'd definitely take my time so he enjoyed it. I'm not into hurting anyone or anything like that

UCE: Ok that's good. When are you thinking?

Carrier: I'm free most evenings and weekends. Would tonight be too soon?

UCE: Yes. We're in Eldorado, Illinois how far is that from you?

Carrier: Yeah that's fine, I can travel

UCE: Ok I will let you know when were available.

Carrier: Alright, would it be too much if I asked for any pics of him?

UCE: Pic of?

Carrier: Just anything with him

UCE: We talking nudes?

Carrier: If you want that's fine, doesn't have to be

UCE: **Sent a picture of a purported 8 year old boy. The purported boy was not real.**

Carrier: He's very cute!

UCE: Thanks

UCE: Were not going to be around for the weekend, heading to a cabin. Want to get together next week when we will be back?

Carrier: Yeah that should be fine, just let me know.

UCE: How was your weekend? This week could work for us how does it work for you?

Carrier: Hey, it was pretty good. I'm good with this week, just has to be sometime after 5 thru the week

UCE: Ok I should know my schedule better tomorrow.

Carrier: Ok sounds good

UCE: Maybe tonight?

Carrier: Yeah I should be able to do that

UCE: You said that 5 is good? Let me know when you leave then Ill give you the address. My boy loves skittles. That would be a good start.

Carrier: I get off at 5 and I will need to stop at home and shower so it would be about 5:30 to 6 when I leave the apt. I can pick up some Skittles:)

UCE: Sounds Groovy. Ok let me know when you leave.

Carrier: Alright, getting ready to leave and pick up some Skittles then I'm on my way out to you

UCE: Ok address is 1809 Saline Ave, Eldorado, IL. Let me know when close I'll tell you where to park.

UCE: You still coming?

Carrier: Yeah about 10 miles out

Carrier: I'm here now

UCE: Park behind the van

Carrier: Ok, I'm parked then

7. The affiant along with members from the FBI conducted surveillance in the vicinity of 1809 Saline Avenue, Eldorado, Illinois. Surveillance units observed a blue Toyota Yaris bearing an Indiana license plate park behind a surveillance van at 1809 Saline Ave. The SUBJECT indicated that he resided in Indiana. The SUBJECT notified the UCE that he was there. The SUBJECT was approached by agents, and the SUBJECT was asked to consent to an interview, to which he agreed.

8. The SUBJECT was interviewed in a FBI vehicle. The SUBJECT sat in the front passenger seat and was not restrained. Prior to being asked any questions, the SUBJECT was read his constitutional advice of rights, to which he acknowledged he understood those rights. The SUBJECT acknowledged he met a man through an online advertisement. The SUBJECT stated he traveled from his residence in Evansville, Indiana to meet the man and his 8-year old son. The SUBJECT said he intended to have sexual intercourse with the 8-year old boy. The affiant paraphrased portions of the conversation between the SUBJECT and the man described above and the SUBJECT confirmed he sent those messages. The SUBJECT brought a package of Skittles for the son.

9. The SUBJECT acknowledged that he had emailed the man from his cellular telephone. The SUBJECT consented to the affiant seizing and searching his cellular telephone. The SUBJECT's cellular telephone is a black LG Stylo 4 plus bearing IMEI: 356865092960612.

10. I have consulted with Assistant United States Attorney Casey Bloodworth and I am aware that the aforementioned scenario constitutes an offense under 18 U.S.C. 2422(b). The text of section 2422(b) provides:

> (b) Whoever, using the mail or any facility or means of interstate or foreign commerce ... knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life.

The Seventh Circuit has ruled that this statutory language covers not only direct efforts by the perpetrator to persuade, induce, etc., the underage person, but that it also criminalize communication between two adults where one of the adults is purporting to be the parent or guardian of the minor child. *United States v. McMillan*, 744 F.3d 1033, 1035-36 (7th Cir. 2014). The majority of the Circuit Court of Appeals concur with *McMillan*. *See United States v. Berk*, 652 F.3d 132 (1st Cir.2011); *United States v. Douglas*, 626 F.3d 161 (2d Cir.2010) (per curiam); *United States v. Nestor*, 574 F.3d 159 (3d Cir.2009); *United States v. Caudill*, 709 F.3d 444 (5th Cir.2013); *United States v. Spurlock*, 495 F.3d 1011 (8th Cir.2007); and *United States v. Murrell*, 368 F.3d 1283 (11th Cir.2004). See also *United States v. Laureys*, 653 F.3d 27 (D.C.Cir.2011) (per curiam) (not plain error to instruct a jury that adult-to-adult communications are sufficient); *United States v. Brooks*, 60 M.J. 495 (C.A.A.F.2005) (version of § 2422(b) incorporated in the Uniform Code of Military Justice covers adult-to-adult communications).

## **CONCLUSION**

11.     Based on the foregoing, I submit that there is probable cause to believe that between June 29, 2020 and July 6, 2020, EVAN JAY CARRIER, used a facility and means of interstate commerce, mainly his cellular telephone, and knowingly attempted to persuade,

induce, and entice an individual who had not attainted the age of 18 years, to engage in a sexual activity for which a person could be charged in violation of 18 U.S.C. 2422(b).

Brian Wainscott, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this

7th day of July, 2020, at Benton, Illinois.

United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

CASEY BLOODWORTH
Assistant United States Attorney