UNITED STATES DISTRICT COURT
for the Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>EVAN JAY CARRIER,<br><br>Defendant(s) | Case Number:  20-CR-40060-001-JPG |

### FIRST MOTION TO CONTINUE

COMES NOW the defendant, Evan Jay Carrier, through Assistant Federal Public Defender Judith A. Kuenneke, and moves this Honorable Court to continue the current settings of final pretrial on September 2, 2020, at 9:30 a.m., and jury trial set for September 14, 2020, at 9:00 a.m. for at least forty-five days.

Mr. Carrier offers the following in support of this motion:

1. On July 9, 2020, Mr. Carrier appeared for arraignment on a federal indictment. ECF Nos. 1, 10. The Court appointed the Federal Public Defender's office and Counsel entered her appearance on July 23, 2020. ECF Nos. 13, 18. Mr. Carrier was released on bond. ECF Nos. 10, 15-16.

2. Due to the COVID-19 pandemic, additional time is needed to complete discovery review with Mr. Carrier and conduct any necessary investigation to adequately represent defendant in this matter.

      3.      Assistant United States Attorney Casey E. A. Bloodworth does not object to a continuance in this matter.

      4.      Counsel has discussed this motion with Mr. Carrier. He consents to this continuance and agrees to waive speedy trial rights.

WHEREFORE, Mr. Carrier respectfully requests that this Honorable Court continue the current court settings for at least forty-five days.

Respectfully submitted,

/s/Judith A. Kuenneke
JUDITH A. KUENNEKE
Assistant Federal Defender
401 W. Main Street
Benton, Illinois  62812
(618) 435-2552

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

AUSA Casey E. A. Bloodworth

/s/Judith A. Kuenneke
JUDITH A. KUENNEKE
Assistant Federal Defender