UNITED STATES DISTRICT COURT
for the Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>EVAN JAY CARRIER,<br><br>Defendant(s) | Case Number:  20-CR-40060-001-JPG |

### MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, Evan Jay Carrier, through Assistant Federal Public Defender Judith A. Kuenneke, and moves this Honorable Court to continue the current sentencing hearing set on June 9, 2021, at 10:00 a.m. for 30 days.

Mr. Carrier offers the following in support of this motion:

1. On February 24, 2021, Mr. Carrier entered a guilty plea to a one count indictment.  ECF Nos. 1, 28.  A sentencing hearing is currently set for June 9, 2021, at 10:00 a.m.  ECF No. 28.  Mr. Carrier remains on bond.  ECF Nos. 10, 15-16.

2. Mr. Carrier is receiving medical treatment which requires three separate procedures.  The procedures are anticipated to be completed by July 9, 2021.

3. Assistant United States Attorney Casey E. A. Bloodworth does not object to a continuance in this matter.

4. Speedy trial is not an issue in this matter.

WHEREFORE, Mr. Carrier respectfully requests that this Honorable Court continue the current court settings for at least 30 days.

Respectfully submitted,

/s/Judith A. Kuenneke
JUDITH A. KUENNEKE
Assistant Federal Defender
401 W. Main Street
Benton, Illinois   62812
(618) 435-2552

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

AUSA Casey E. A. Bloodworth

/s/Judith A. Kuenneke
JUDITH A. KUENNEKE
Assistant Federal Defender