UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

☒ **Benton**    ☐ East St. Louis    ☐ Contested    ☒ **Uncontested**

# MINUTES OF DISPOSITION

JUDGE:  **J. Phil Gilbert, United States District Judge**

| | |
|---|---|
| USA v. EVAN JAY CARRIER | CRIMINAL CASE NO.:  20-cr-40060-JPG |
| REPORTER:  Amy Richardson | DEPUTY:  Tina Gray |
| GOVT. COUNSEL: Casey E. A. Bloodworth | DEF. COUNSEL:  Judith A. Kuenneke |
| PROBATION OFFICER: Stacey Grinnell | |
| DATE: July 20, 2021 | TIME:  30 minutes |

Court orders recommendation to be placed under separate seal and counsel will **not** have access to same.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: N/A

| | |
|---|---|
| OFFENSE LEVEL:  33 | CRIMINAL HISTORY CATEGORY:  I |
| SENTENCE RANGE:  135-168 months | FINE RANGE:  $35,000 - $250,000 |

SUPERVISED RELEASE RANGE:  5 years - LIFE

**SENTENCE:**   **To be imprisoned for a term of 120 months as to Count 1 of the Indictment.**

**SUPERVISED RELEASE:  Upon release from imprisonment, Defendant shall be placed on Supervised Release for a term of 8 years as to Count 1 of the Indictment.**

Defendant waives reading of the terms and conditions of supervision.  Waiver filed at doc 30.

The defendant appears to be indigent and does not have the ability to pay the additional $5,000 special assessment pursuant to 18 U.S.C. § 3014.

Defendant shall pay a **FINE** in the amount of $250.00 payable to the Clerk, United States District Court, due immediately.   ☒ INTEREST WAIVED          ☐ INTEREST IMPOSED

Defendant shall pay a **SPECIAL ASSESSMENT** of $100.00 payable to the Clerk, United States District Court, due immediately.       ☒ INTEREST WAIVED          ☐ INTEREST IMPOSED

Defendant advised of right to appeal within 14 days.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.