AO 245B (SDIL Rev. 7/21) Judgment in a Criminal Case

Judgment Page 2 of 8

DEFENDANT: Evan Jay Carrier
CASE NUMBER: 4:20-cr-40060-JPG-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **120 months on Count 1 of the Indictment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _September 8, 2021_ to _FCI Ashland_

at _Ashland KY_, with a certified copy of this judgment

_David LeMaster, Warden_
UNITED STATES MARSHAL

By _N. Barnes SCSS_
DEPUTY UNITED STATES MARSHAL